AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Stephen Carr Telephone: (313) 226-9100
Special Agent: Stephen Chrzanowski Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.

Arthur Khejuan Branch

Case No. 26-mj-30530

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 20, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of firearm and ammunition. |
| 18 U.S.C. § 922(k) | Possession of a firearm with an obliterated serial number. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Stephen Chrzanowski, Special Agent (F.B.I.)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 31, 2026

[signature: Elizabeth A. Stafford]
*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# Affidavit in Support of Criminal Complaint

I, Special Agent Stephen Chrzanowski, being sworn, depose and state the following:

## Introduction & Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since April 2023. I am currently assigned to the FBI Detroit Violent Crime Task Force. I have conducted or assisted in numerous investigations of federal and state violations, including crimes of violence, firearms, and drug trafficking. I have gained experience through training and everyday work related to these types of investigations.

2. The information set forth in this affidavit is based on my review of information from other law enforcement agents and investigators, witnesses, and individuals with knowledge of this matter; my investigation; my review of documents, photographs, and videos; and information gained through my training and experience.

3. The information in this affidavit is provided for the limited purpose of establishing probable cause that Arthur Khejuan Branch violated 18 U.S.C. §§ 922(g)(1) and (k), in support of this complaint and

an arrest warrant, and does not set forth all details or facts related to this investigation known to law enforcement.

**Probable Cause**

4. On May 20, 2026, Detroit Police Department officers were executing an arrest warrant for assault with intent to do great bodily harm for Arthur Branch, at a residence on Algonquin Street in Detroit, which is in the Eastern District of Michigan, Southern Division.

5. Individual-1 answered the door at the house on Algonquin and consented to the officers searching the house for Branch.

6. While searching for Branch, officers saw a 12-gauge shotgun with an obliterated serial number in a downstairs closet.

7. Officers then got a search warrant for the remainder of the house and found a Smith & Wesson handgun in a closet in the kitchen on the top shelf, numerous boxes of live ammunition, and a bag of .223 ammunition located in a hall closet, next to the stairs.

8. In Branch's upstairs bedroom, officers found a ticket issued to Branch with the Algonquin address on it and a plastic bag with multiple boxes of .223 ammunition in it. The same room also had a Wayne County ID and an additional ID card with Branch's face and name on it.

9. Branch has multiple prior felony convictions from Michigan's Third Judicial Circuit Court in Wayne County, including:

a. A 2003 conviction for attempted receiving/concealing stolen property;
b. A 2004 conviction for assault with a dangerous weapon;
c. A 2006 conviction for possession of a controlled substance;
d. And a 2010 conviction for attempted delivery/manufacture of a controlled substance.

10. Branch was sentenced to more than a year in prison for several of his convictions, including a minimum of 19 months in prison for his 2010 conviction for attempted delivery/manufacture of a controlled substance.

11. As a result, Branch knew he was convicted of a crime punishable by more than a year in prison.

12. The FBI contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the shotgun and the Smith & Wesson handgun. SA Klupacs concluded that the firearms are "firearms" as defined in 18 U.S.C. § 921(a)(3) and were manufactured outside the State of Michigan, and therefore travelled in, and affected, interstate or foreign commerce.

## Conclusion

13. Based on the above information, there is probable cause to believe that Branch, a prior convicted felon, knowingly possessed a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1), and a firearm with an obliterated serial number in violation of 18 U.S.C. § 922(k).

Respectfully submitted,

Stephen Chrzanowski, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Elizabeth A. Stafford

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date: August 31, 2026